**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6660**

CALVIN LYNDALE GADDY, a/k/a Calvin L. Gaddy,

              Plaintiff - Appellant,

        v.

CAPTAIN DEGEORGIS,

              Defendant – Appellee,

        and

NIKKI R. HALEY, South Carolina Governor; BILL BYERS, SCDC
Commissioner; WARDEN LARRY CARTLEDGE, Perry CI; FLORENCE
MAUNEY, Perry CI, SMU; MAJOR  EARLY, Perry CI, SMU,

              Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Bruce  H.  Hendricks, District
Judge. (8:13-cv-01586-BHH)

Submitted:  September 29, 2015        Decided:  October 2, 2015

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin Lyndale Gaddy, Appellant Pro Se.  James Victor McDade,
DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lyndale Gaddy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Gaddy's informal brief does not challenge the basis for the district court's disposition, Gaddy has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We deny Gaddy's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED